EILEEN McKEEVER v. N. J. BELL TELEPHONE COMPANY.

June 23, 1981.

Petition for certification denied. (See 179 *N.J.Super.* 29)

STATE OF NEW JERSEY v. JOHN RODRIQUEZ.

June 23, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID LEE ROSE.

June 23, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANCISCO SANTIAGO.

June 23, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANK ANDERSON.

June 23, 1981.

Petition for certification denied.